(No. 3025-

ELVA JENNINGS PENWELL, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed February 23, 1962.*

GOSNELL AND BENECKI, and JOHN W. PREIHS, Attorneys for Claimant.

WILLIAM G. CLARK, Attorney General, for Respondent.

TOLSON, C. J.

Claimant was injured on February 2, 1936, in an accident, which arose out of and in the course of her employment as a Supervisor at the Illinois Soldiers' and Sailors' Children's School at Normal, Illinois. The injury was serious, causing temporary blindness and general paralysis. The facts are fully detailed in the case of *Penwell* vs. *State of Illinois*, 11 C.C.R. 365, in which

an award of $5,500.00 was made to claimant for total permanent disability, $8,215.95 for necessary medical, surgical and hospital services, expended or incurred to and including October 22, 1940, and an annual life pension of $660.00.

Successive awards have been made by the Court from 1942 to and including May 1, 1961, and the matter is now before the Court for an award to and including October 31, 1961.

The record consists of a verified petition, supported by original receipts, and joint motion of claimant and respondent for leave to waive the filing of briefs and arguments, which has been allowed.

The petition alleges that claimant is still bedfast, and requires daily medical and nursing care. It further discloses that claimant has incurred expenses in the following amounts:

| | | |
|---|---|---|
| 1. | Nursing and practical help | $877.05 |
| 2. | Room and board for nurse | 320.25 |
| 3. | Drugs and supplies | 275.51 |
| 4. | Physician and professional services | 711.00 |
| 5. | Miscellaneous expenses | 29.00 |
| | Total | $2,212.81 |

From an examination of the exhibits and supporting vouchers, it appears that such sums of money were necessary for the care of claimant.

An award is, therefore, made to claimant for medical, nursing and other expenses from May 1, 1961 to October 31, 1961 in the amount of $2,212.81.

The Course reserves jurisdiction for further determination of claimant's needs for additional care.